1   LYNN HUBBARD, III, SBN 69773
    SCOTTLYNN J HUBBARD IV, SBN 212970
2   LAW OFFICES OF LYNN HUBBARD
    12 WILLIAMSBURG LANE
3   CHICO, CALIFORNIA 95926
    Telephone: (530) 895-3252
4   Facsimile: (530) 894-8244

5   Attorneys for Plaintiff Lary Feezor

6

7   SARA WILSON, SBN 172888
    STRAZULO FITZGERALD, LLP
8   275 BATTERY STREET, SUITE 200
    SAN FRANCISCO, CALIFORNIA 94111
    Telephone: (415) 394-9500
9   Facsimile: (415) 394-9501

10  Attorney for Defendants

11

12

13              UNITED STATES DISTRICT COURT

14             EASTERN DISTRICT OF CALIFORNIA

15

16  TONY MARTINEZ,                    Case No. CIV. S-08-02521-MCE-KJM

17          Plaintiff,

18  v.                               **STIPULATION OF DISMISSAL;
                                     ORDER**
19  PARIVAR, INC. dba JACK IN THE BOX
20  #0499; ANIL S. YADAV; HEDDA
    KORNFIELD, TRUSTEE OF THE HEDDA
21  KORNFIELD REVOCABLE TRUST U/T/A
    DATES MARCH 1, 1982; HEDDA
22  KORNFIELD FAMILY LIMITED
    PARTNERSHIP I,

23          Defendants.

24  _____/

25

26

27

28

---

Stipulation of Dismissal and [Proposed] Order Thereon          *Martinez v Parivar, Inc., et al.*
                                                               CIV. S-08-02521-MCE-KJM

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, TONY MARTINEZ, and defendants, PARIVAR, INC. dba JACK IN THE BOX #0499; ANIL S. YADAV; HEDDA KORNFIELD, TRUSTEE OF THE HEDDA KORNFIELD REVOCABLE TRUST U/T/A DATES MARCH 1, 1982; HEDDA KORNFIELD FAMILY LIMITED PARTNERSHIP I, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: April 3, 2009            DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: April 2, 2009            STRAZULO FITZGERALD, LLP

/s/ Sara Wilson
SARA WILSON
Attorney for Defendants

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-02521-MCE-KJM, is hereby dismissed with prejudice. The Clerk is directed to close the file.

Dated: May 27, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE